JS-6

1  Ryan Lee, Esq. (SBN 235879)
2  Krohn & Moss, Ltd.
   10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 583-3695
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   MICHAEL PALOMO
5

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| MICHAEL PALOMO, | Case No.: 8:10-cv-00034-DOC-AN |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| MIDLAND CREDIT MANAGMENT, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: ~~September 1, 2010~~
10-13-10

_____
The Honorable Judge
United States District Judge